

# Fourth Court of Appeals
## San Antonio, Texas

October 22, 2015

No. 04-15-00464-CV

**IN THE INTEREST OF A.A.R., A.S.N., C.G.N. AND J.A.G., CHILDREN,**

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 30,953
Honorable Enrique Fernandez, Judge Presiding

## O R D E R

Appellant's second motion for extension of time to file brief is hereby GRANTED. Time is extended to October 22, 2015. NO FURTHER EXTENSIONS WILL BE ALLOWED.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of October, 2015.

_____
Keith E. Hottle
Clerk of Court